UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
              :
BEAUFORT CAPITAL PARTNERS LLC,    :
              :
              :
                    Plaintiff,    :
              :
     -v-          :      16-CV-5176 (JPO)
              :
OXYSURE SYSTEMS, INC.,           :      ORDER
              :
                    Defendant.   :
-----------------------------------------------------------X

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, Bronx County, on June 30, 2016. Counsel for the plaintiff is directed to file an appearance with this Court no later than July 8, 2016.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by July 5, 2016.

    SO ORDERED.

Dated: July 1, 2016
       New York, New York

_____
J. PAUL OETKEN
United States District Judge