UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

**BEAUFORT CAPITAL PARTNERS LLC**

*Plaintiffs,*

CASE NO. 1:16-cv-05176-JPO

vs.

**OXYSURE THERAPEUTICS, INC.**

*Defendant.*

## DEFENDANT'S AMENDED NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendant Oxysure Therapeutics, Inc., (hereinafter "Defendant") respectfully submits this its Amended Notice of Removal that the case styled <u>Beaufort Capital Partners LLC vs, Oxysure Therapeutics, Inc</u>., which was filed as Index No. 652908/2016 in the Supreme Court of the State of New York, County of New York has been removed to the United States District Court, Southern District of New York.  In support of this Amended Notice, the Defendant advises the Court as follows:

1. On June 1, 2016, Plaintiff commenced the state court action by filing a Complaint in the Supreme Court of the State of New York, County of New York. On June 2, 2016, Defendant was served with a copy of the Summons in the state court action.

2. No further proceedings have occurred in the state court action.

3. The state court action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that the matter in controversy exceeds

the value of $ 75,000.00, exclusive of interest and costs and is between citizens of different States.

4. Plaintiff is a New York Limited Liability Company registered under the New York Secretary of State's office as Beaufort Capital Partners, LLC. Robert Marino is the managing member of Plaintiff's Limited Liability Company. Robert Marino is a resident and citizen of New York State. There are no other members listed on the New York Secretary of State's website for Beaufort Capital Partners, LLC.

5. Defendant Oxysure Therapeutics, Inc. was and continues to be a resident of the State of Texas at the time the State Court action was commenced.

**WHEREFORE, PREMISES CONSIDERED,** Defendants respectfully request that the state court action be removed to, and proceed in, this Court, and that no further proceedings be held in the state court action.

Dated: July 6, 2016

        Respectfully submitted,

        **FRIEDMAN & FEIGER, LLP**
        /s/ Mazin Sbaiti                              .
        Mazin A. Sbaiti, Esq.
        NY Bar No. 4339057
        Mazin@FFLawOffice.com
        5301 Spring Valley Road, Suite 200
        Dallas, Texas  75254
        (972) 788-1400 (Telephone)
        (972) 788-2667 (Telecopier)
        ***Counsel for Defendant Oxysure Therapeutics, Inc.***

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing has been furnished to Counsel for Plaintiff by e-service and certified mail RRR on this 6th day of July, 2016.

/s/ Mazin Sbaiti
Mazin A. Sbaiti, Esq