



July 7, 2016

Hon. J. Paul Oetkin                                              **Via ECF**
Room 2101
40 Foley Square
New York, NY 10007

      **RE**:    Case No.1:16-cv-05176-JPO – U.S. District Court Southern District of New York; *Beaufort Capital Partners, LLC vs. Oxysure Therapeutics, Inc*.

Dear Judge Oetkin,

    This letter is in response to the Court's convened telephonic hearing on Tuesday, July 12, 2016, to inform the Court that undersigned Counsel will be out of the country on vacation starting on Friday, July 8th, 2016 through Saturday, July 16th, 2016. Undersigned counsel respectfully requests that the Court continue the hearing until the following Tuesday, Wednesday or Thursday, as counsel has pre-existing hearings on Monday the 18th, and Friday the 22nd.

                                    Sincerely,

                                      /s/

                                  Mazin A. Sbaiti, Esq.

cc:    Mr. Adam David Cole                                       **Via ECF**
       Chipman Brown Cicero & Cole, LLP
       501 Fifth Avenue, 15th Floor
       New York, New York 10017